**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2249**

---

NORTHFIELD INSURANCE COMPANY,

Plaintiff - Appellee,

versus

EVIAN HORIZONTAL PROPERTY REGIME; IMC RESORT
SERVICES, LLC,

Defendants - Appellants,

and

EVIAN CONDOMINIUM ASSOCIATION, INCORPORATED;
DONALD JAY PIER,

Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleson.  Patrick Michael Duffy, District
Judge. (CA-01-883-9-23)

---

Submitted:  May 7, 2003          Decided:  July 14, 2003

---

Before WILKINSON, LUTTIG, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Edward E. Bullard, LAW OFFICES OF EDWARD E. BULLARD, Hilton Head, South Carolina, for Appellants. William C. Helms, III, Wendy J. Keefer, G. Troy Thames, BARNWELL, WHALEY, PATTERSON & HELMS, L.L.C., Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's orders entering declaratory judgment for the insurer and denying the insureds' motion for reconsideration. We previously granted Appellants' unopposed motion to proceed without oral argument. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Northfield Ins. Co. v. Evian Horizontal Prop. Regime, No. CA-01-883-9-23 (D.S.C. Aug. 28 & Sept. 23, 2002).

AFFIRMED

2